## Frederick W. Michaelis
v.
## Sarah Wolf et al.

*Mechanic's   Lien—Architect's   Certificates—Fraudulent   Refusal   to Deliver—Amendment.*

A decree awarding a mechanic's lien having been previously considered herein, the same having been reversed and the cause remanded, after which complainant amended his bill, alleging, among other things, that the architect had fraudulently and without cause, refused to deliver to him certain certificates calling for amounts due and unpaid, this court holds that such view is not supported by the evidence, and declines to interfere with the decree in behalf of the defendants.

[Opinion filed December 2, 1889.]

Appeal from the Circuit Court of Cook County; the Hon. Lorin C. Collins, Judge, presiding.

Mr. Levi Sprague, for appellant.

Mr. M. Solomon, for appellees.

Garnett, J.   At a former term this case was before this court, under the title of Wolf v. Michaelis, and the decree was then reversed and the cause remanded.   After the re-docketing of the case in the Circuit Court, the complainant,

Michaelis, by leave of court, amended his bill, alleging in the amendment, among other things, that he had demanded of the architect, certificates for the fifth and sixth installments specified in the contract, but that the architect had fraudulently and without any valid reason, refused to deliver the same to the complainant. It is not denied that the allegations of fraud are sufficient, but upon examining the evidence introduced in support of them, as well as that offered by defendants to the contrary, we think the Circuit Court correctly held that no case was made out under the amendment. In all other respects the case is governed by our former opinion in 27 Ill. App. 336. The decree is affirmed.

*Decree affirmed.*